**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAYRA LANGARICA,

        Plaintiff - Appellant,

v.

INLAND VALLEY HUMANE SOCIETY,

        Defendant - Appellee.

No. 25-3592

D.C. No. 2:25-cv-00804-JFW-BFM

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted June 22, 2026[**]

Before:    CANBY, BENNETT, and BADE, Circuit Judges.

    Mayra Langarica appeals pro se from the district court's judgment

dismissing her 42 U.S.C. § 1983 action arising from the impoundment of her dogs.

We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal

under 28 U.S.C. § 1915(e)(2)(B)(ii). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cir. 2012). We affirm.

The district court properly dismissed Langarica's action because Langarica failed to allege facts sufficient to state any plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)); *Chaudhry v. Aragon*, 68 F.4th 1161, 1169-70 (9th Cir. 2023) (setting forth the elements of § 1983 actions and explaining the requirements to establish causation).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Langarica's motion to proceed in forma pauperis (Docket Entry No. 6) is denied as unnecessary because Langarica's in forma pauperis status from the district court carries over to this appeal. All other pending motions are denied.

**AFFIRMED.**

25-3592